WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EDWARD HARRIS,**  CV # 04-1672-HA

  Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $6,250.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 27 day of Oct, 2005.

United States District Judge

Submitted on October 26, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1